OPINION — AG — A MEMBER OF THE STATE LEGISLATURE (SENATOR OR REPRESENTATIVE) CANNOT ACCEPT APPOINTMENT TO AND ENTER UPON THE DUTIES OF THE OFFICE OF CITY OR TOWN ATTORNEY (LAWYER, COUNSEL) WITHOUT VACATING HIS OFFICE AS LEGISLATOR. (DUAL OFFICE HOLDING) CITE: 11 O.S. 1961 1002 [11-1002], 62 O.S. 1961 541 [62-541], 34 O.S. 1961 51 [34-51] 11 O.S. 1961 962.20 [11-962.20], 11 O.S. 1961 961.19 [11-961.19], 11 O.S. 1961 541 [11-541](G), 51 O.S. 1961 6 [51-6] (JAMES FUNSON)